T. C. BRANNON, *Plaintiff in Error,* v. D. A. COOPER AND
S. H. ATHA, CO-PARTNERS AS COOPER & ATHA, *Defend-
ants in Error.*

Decision Filed March 22, 1922.

A Writ of Error to the Circuit Court for Orange Coun-
ty; C. O. Andrews, Judge.

*Dickinson & Dickinson,* for Plaintiff in Error;

*Cheney & Akerman,* for Defendants in Error.

PER CURIAM.—This cause having heretofore been sub-
mitted to the Court upon the transcript of the record of
the judgment aforesaid, and briefs and argument of coun-
sel for the respective parties, and the record having been
seen and inspected, and the court being now advised of its
judgment to be given in the premises, it seems to the court
that there is no error in the said judgment; it is, therefore,
considered, ordered and adjudged by the court that the
said judgment of the Circuit Court be, and the same is
hereby, affirmed.

All concur.